No. 3,775.—ST. ANTHONY & DAKOTA ELEVATOR CO., RESPONDENT, *v.* EMERSON–BRANTINGHAM IMPLEMENT CO., APPELLANT.

*Appeal from District Court of the Twelfth Judicial District, in and for the County of Hill; John W. Tattan, Judge.*

Decided May 28, 1917.

PER CURIAM.—Pursuant to motion of appellant, the appeal herein is dismissed.

*Mr. H. S. Kline,* for Appellant.

*Mr. O. B. Kotz,* for Respondent.